**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JAMES NEARY**, individually and on behalf of other similarly situated individuals : : : **Plaintiffs** : : - against - : : **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,** : : **Defendant.** : | **CIVIL ACTION NO.:** 3:06 CV 0536 (JBA) December 20, 2006 |

**PLAINTIFF'S MOTION TO PROCEED AS A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT OF 1938, TO COMPEL EXPEDITED DISCLOSURE OF THE NAMES AND ADDRESSES OF THE PUTATIVE CLASS, AND FOR PERMISSION TO SEND A NOTICE AND CONSENT DOCUMENT TO ALL SIMILARLY SITUATED INDIVIDUALS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff respectfully moves this Court to (1) authorize his FLSA claim to proceed as a collective action pursuant to 29 U.S.C. Section 216(b); (2) to compel Defendant on an expedited basis to disclose to Plaintiff the names, last known addresses and telephone numbers of the putative class members; and (3) authorize the sending of Notice and a "Consent to Become a Party Plaintiff" i.e., "Opt-In" form, to all individuals in the putative FLSA collective action.

As discussed in the accompanying memorandum of law, the instant motion should be granted because (1) the prospective class members are similarly situated; and (2) the proposed Notices and Consent Forms should be sent to all putative class members.

WHEREFORE, the instant motion should be granted.

**ORAL ARGUMENT IS REQUESTED**

**TESTIMONY IS NOT REQUIRED**

PLAINTIFF, JAMES NEARY, individually
and on behalf of other similarly situated
individuals


By:____/s/Richard E. Hayber____
Richard E. Hayber, Esq.
Fed. Bar No.: ct11629
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiff

**CERTIFICATION OF SERVICE**

  I hereby certify that on December 20, 2006 a copy of the foregoing Motion to Proceed as a Collective Action was filed electronically [and service made by certified mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by certified mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                _/s/Richard E. Hayber____
                Richard E. Hayber